Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

Hand-Delivered

FILED
CHARLOTTE, NC

JUL 26 2021

US DISTRICT COURT
WESTERN DISTRICT OF NC

# UNITED STATES DISTRICT COURT
for the
__Western__ District of __North Carolina__
__Charlotte__ Division

Case No. __3:21cv370-RJC__
(to be filled in by the Clerk's Office)

__Mary Haggins__
Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

__Lee Overturf__
Defendant(s)
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)

Jury Trial: (check one) ☐ Yes ☐ No

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(~~Non-Prisoner Complaint~~) Prisoner

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

THE SHOOT IN THE BUILD

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Richard William
600 East Fourth
Street Charlotte Mecklenburg
North Carolina 28202
Property manager
(980)264-9391 work call
rich.william charlotte nc.gov
mobile
(703)932-9677
Direct line
(704)432-4350

~~Lester~~
~~Ray Michaeux Jr~~
~~1420 E 7th St~~
~~charlotte~~
~~North Carolina 28204 Suite 100~~
~~(980) 468-~~
~~6112~~
~~Ray.michaux~~
~~@alexandericks.com~~
Alexander
Ricks PLLC
(704)365-3656

Name: Mary Haggins
Address: 1412 Seigle Avenue
City: Charlotte  State: North Carolina  Zip Code: 28205
County: Mecklenburg
Telephone Number: Cell - (571)358-0262 or (704)891-7665 Daughter Cell Phone number
E-Mail Address: haggin1@email.cpcc.edu

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
Name: Lee Overturf
Job or Title (if known): Home land Security
Address: 600 East Fourth Street
City: Charlotte  State: North Carolina  Zip Code: 28202
County: Mecklenburg County
Telephone Number: 911 Government Center
E-Mail Address (if known): N/A

☐ Individual capacity    ☐ Official capacity

Defendant No. 2
Name: Government Agent
Job or Title (if known): Phone Tapping!!! Police Drone Over my Home
Address: 600 East Fourth Street
City: Charlotte  State: North Carolina  Zip Code: 28202
County: Mecklenburg County
Telephone Number:
E-Mail Address (if known): N/A

☐ Individual capacity    ☐ Official capacity

12/12/2019 I fell on the Job And Told Barry & Arkeem Hurt my Back ~~...~~ He laugh They all Laugh.

Complete Stop Officer line his front bumper with my Daughter back bumper And zapher battery Invention 2030

**Defendant No. 3**

Name: Car 396
Job or Title (if known): Bumper To Bumper
Address: 600 East Fourth Street
City: Charlotte, State: North Carolina, Zip Code: 28202
County: Mecklenburg County
Telephone Number: 911 - Government build
E-Mail Address (if known): N\A

☐ Individual capacity  ☐ Official capacity

Hunter Driver and Hunter private property Transporting property of some one else property. were did you take The Car with out Permission Five Hour and 40 mintue. You'll All Three meet up and Search the Car.

**Defendant No. 4**

Name: Car 1178 - Copd.org
Job or Title (if known): Police Officer
Address: 600 East Fourth Street
City: Charlotte, State: North Carolina, Zip Code: 28202
County: Mecklenburg County
Telephone Number: 911
E-Mail Address (if known): N\A

☐ Individual capacity  ☐ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against (check all that apply):

☐ Federal officials (a *Bivens* claim)

☐ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

Both of them Federal & State    They work for you not for me

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

EVERThing They Took The battery zapper And more 2030

And when you Do get A Court Order For the Camera At 600 East Fourth street Starte At may 7, 2021 and go back to the white male with the Brown Coat on him and Ted Home Land Security

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

go back to when I walk through the Door they were Already here? court order to pull the Camera

### III. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A Occult All in the Build And other thing as well They want me to Do wrong Hurt people now Thats not my Job. Coming From the loading Dock

A. Where did the events giving rise to your claim(s) occur? Charlotte mecklenburg County Government Centre Charlotte 600 East Fourth Street Charlotte North Carolina 28202

B. What date and approximate time did the events giving rise to your claim(s) occur? April 6, 2021 Tuesday   April 7, 2021 Wednesday   April 8, 2021 Thursday

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

You Do Your Job and pull the Camera or get A Court order to See the Camera he sitting right in Front of the Camera in Security chair in front of the Camera Both Day's Thursday he caught The elevator with me going out the Lobby In disguise wednesday and Thursday Am Above the Law Both Day's

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 7/26/21

Signature of Plaintiff: *Mary Haggins*
Printed Name of Plaintiff: Mary Haggins

### B. For Attorneys

Date of signing: _____

Signature of Attorney _____
Printed Name of Attorney _____
Bar Number _____
Name of Law Firm _____
Address _____
_____
       *City*          *State*      *Zip Code*
Telephone Number _____
E-mail Address _____